IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DUSTYN ADAM HOWELL**                                                            **PLAINTIFF**

**V.**               **CASE NO. 4:18-cv-352-BSM-BD**

**GRANT HICKMAN, et al.**                                                         **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Mr. Howell is free to file written objections if he disagrees with this Recommendation. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Howell may waive the right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Dustyn Adam Howell, who is currently being held at Van Buren County Jail, filed this civil rights lawsuit on May 25, 2018. (Docket entry #1) He did not submit an application to proceed in forma pauperis (IFP); nor did he pay the filing fee. In a May 30 Order, the Court ordered Mr. Howell to address the filing fee requirement, either by filing a completed IFP application or by paying the filing fee. The Court specifically cautioned Mr. Howell that his claims could be dismissed if he failed to respond within 30 days of the May 30 Order. (#2)

To date, Mr. Howell has failed to respond to the May 30 Order, and the time for doing so has passed.

## III. Conclusion:

The Court recommends that Mr. Howell's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 30, 2018 Order.

DATED this 3rd day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE