IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DUSTYN ADAM HOWELL**                                    **PLAINTIFF**

v.                  **CASE NO. 4:18-CV-00352 BSM**

**GRANT HICKMAN, et al.**                                     **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 3] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in its entirety, and plaintiff Dustyn Howell's complaint is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 2nd day of August 2018.

_____
UNITED STATES DISTRICT JUDGE